# United States Court of Appeals
## For the First Circuit

No. 23-1819

UNITED STATES OF AMERICA,

Appellee,

v.

KEVIN MILLETTE,

Defendant, Appellant.

**ERRATA SHEET**

      The opinion of this Court, issued on November 20, 2024, is amended as follows:

On page 13, line 12, replace the quoted phrase "there is serious epidemic" with "there is a serious epidemic."